UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES JULIEN** | **CIVIL ACTION NO.: 21-01081** |
| **VERSUS** | **DISTRICT JUDGE ELDON E. FALLON** |
| **ST. JOHN THE BAPTIST PARISH SCHOOL SYSTEM, CHRISTOPHER MAYES, BRANDON BROWN, HEIDI TROSCLAIR, AND CORY BUTLER** | **MAGISTRATE JUDGE DANA DOUGLAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**</u>

**NOW INTO COURT**, through undersigned counsel, comes Charles Julien who supplements and amends the original Complaint as follows:

**I.**

Plaintiff restates and realleges each and every allegation set forth in the original Complaint as if set for herein *in extenso*.

**II.**

Plaintiff hereby supplements and amends the original Complaint to name as a party defendant, **DR. LYNETT HOOFKIN,** who upon information and belief at all relevant times hereto was acting in her employment capacity as the Superintendent of St. John the Baptist Parish School Board.

**III.**

Plaintiff further amends the original Complaint to add paragraphs 31-36, as follows:

"31.

On or about October 29, 2021, upon information and belief, after the date that the original Complaint was filed in the above captioned case, Charles Julien was approached by the newly hired Superintendent of St. John the Baptist Parish School Board.

32.

During the discussion between Dr. Hoofkin and Charles Julien, Charles Julien was allegedly informed that he was being removed from his position at East St. John High School. Furthermore, based upon the aforementioned removal, Charles Julien was transferred to East St. John Preparatory School.

33.

In removing Charles Julien from his position at East St. John High School, it is alleged that Dr. Hoofkin offered no legitimate legal basis for *his* removal.

34.

Upon information and belief, the aforementioned treatment directed toward the Plaintiff was punishment not only for the Plaintiff filing a grievance against Christopher Mayes, but because the Plaintiff filed the original Complaint in the above captioned matter.

35.

Prior to and even after his removal and eventual transfer, Plaintiff was not nor did he receive any notice that his job performance was deficient. Nevertheless, upon information and belief, the implementation of the above-described action towards plaintiff by Dr. Hoofkin was directly and indirectly an abusive method of control, punishment, avoidance, and/or disempowerment.

36.

Upon information and belief, Dr. Hoofkin, in her capacity as the Superintendent of St. John the Baptist Parish School Board, retaliated against Plaintiff for filing the original Complaint in the above captioned case in violation of Louisiana Revised Statute 23:967 and Louisiana Revised Statute 42:1169."

**WHEREFORE,** plaintiff Charles Julien prays that all defendants herein be duly served with a copy of this First Supplemental and Amended Complaint and cited to appear herein and answer same. Charles Julien further prays that after the lapse of all legal delays and due proceedings are had, there be judgment herein in favor of plaintiff and against all Defendant, individually and in solido in an amount of damages as are reasonable in the premises, together with legal interest from the date of judicial demand, until paid, for all costs of these proceedings including the fees of expert witnesses, for all orders and decrees necessary in the premises, for all costs of these proceedings, and for full general and equitable relief.

Respectfully submitted,

*/s/ Harold D. Register, III*
H.D. REGISTER, III (LSBN 35290)
102 Versailles Blvd., Ste 620
Lafayette, LA 70501
Phone: (337) 735-4443
Fax: (227) 291-2433
Email: hregister3@mccorveylaw.com
***Counsel for Charles Julien***